UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Lee Ross**                        Docket No. 4:19-CR-16-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Ross, who, upon an earlier plea of guilty to Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(b)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 3, 2019, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Christopher Lee Ross was released from custody on March 25, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Despite efforts to cultivate a suitable release plan, the defendant was released from the Bureau of Prisons on March 25, 2024, without any residence or means of support. Using Second Chance Act funding, the probation office temporarily placed Ross at a local hotel. Further investigation to develop a release plan did not produce any viable options and the defendant remains homeless. Therefore, it is respectfully requested that the conditions of supervised release be modified to add the condition for placement in a residential reentry facility for a period not to exceed 180 days. This is to allow Ross ample time to secure employment and establish a residence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center (RRC) for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Upon approval of the probation officer, the defendant may be released from the RRC prior to the 180-day period, should suitable housing be secured.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: March 29, 2024

Christopher Lee Ross
Docket No. 4:19-CR-16-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___29___ day of ___March___, 2024, and ordered filed and made a part of the records in the above case.

*/s/ Terrence W. Boyle*
Terrence W. Boyle
United States District Judge